ASCENSION LAW GROUP
PAMELA TSAO( 266734)
2030 E. 4th Street
Suite 205
Santa Ana, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff STEVEN NGO

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN NGO, an individual<br><br>    Plaintiff,<br><br>    vs.<br><br>CUONG T. LE, aka "CUONG TIEN LE", an individual; THI HO AI, an individual;<br><br>    Defendants. | Case No.:  2:16-CV-02634-FMO-AS<br><br>**ORDER RE STIPULATION [15] FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. Fernando M. Olguin presiding] |

**ORDER**
**2:16-CV-02634-FMO-AS**

Pursuant to the parties' "Stipulation For Voluntary Dismissal With Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated:  October 20, 2016              .          /s/   Fernando M. Olguin   .
                                                 Judge, United States District Court,
                                                 Central District of California